# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Stacy A. Fleming,

          Plaintiff,

v.

Wells Fargo Home Mortgage; and
U.S. Bank, National Association, as Trustee
for Citigroup Mortgage Loan Trust Inc.,
Mortgage Pass-Through Certificates, Series
2006-AR3,

          Defendants.

Civil No. 15-2683 (PJS/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendants' Motion to Dismiss [Doc. No. 4] is **GRANTED**;

3. This case is **DISMISSED WITH PREJUDICE**;

4. Defendants' Motion to Enjoin Stacy and Brian Fleming from Filing Further Pleadings Except Under Limited Circumstances [Doc. No. 11] is **GRANTED**;

5. Stacy A. Fleming and Brian J. Fleming are **ENJOINED** from filing

any further lawsuits, pleadings, or other papers in the District of Minnesota concerning Defendants, facts, or issues involved in this or related actions unless they (a) are represented by an attorney licensed to practice before this Court, or (b) obtain prior written approval from a judicial officer of this District; and

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  9/2/15             s/Patrick J. Schiltz            
                           PATRICK J. SCHILTZ
                           United States District Judge